AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Feb 19, 2021

SEAN F. McAVOY, CLERK

JASON CHARLES YOUKER,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| CALLIE HILLHOUSE; REPUBLIC POLICE DEPARTMENT; REPUBLIC POLICE OFFICERS; CITY OF REPUBLIC; COUNTY OF FERRY; et al | ) ) ) |
| *Defendant* | |

Civil Action No.   2:19-CV-177-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion for Summary Judgment, ECF No. 56, is GRANTED.  Judgment is entered for Defendants on all counts.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   ROSANNA MALOUF PETERSON _____ on a motion for
    Summary Judgment, ECF No. 56.

Date:   2/19/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lennie Rasmussen _____
*(By) Deputy Clerk*

Lennie Rasmussen _____